UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   JUDGE JONES

---

MARQUIS JET PARTNERS, INC.,

    Plaintiff,

v.

BOMBADIER AEROSPACE CORPORATION
(d/b/a FLEXJET) AND JET SOLUTIONS, L.L.C.,

    Defendants.

**07 CIV 6082**

Civil Action No. _____

RECEIVED JUN 27 2007 U.S.D.C. S.D. N.Y. CASHIERS

---

### DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

The undersigned attorneys of record for plaintiff Marquis Jet Partners, Inc. ("Marquis"), hereby affirm that Marquis' parent company is Marquis Jet Holdings, Inc., and that no publicly held corporation owns 10% or more of Marquis' stock.

Dated: June 27, 2007
    New York, New York

                      Respectfully submitted,

                      _____
                      Paul C. Llewellyn (PL 8634)
                      Christopher D. Baker (CB 6765)
                      Kaye Scholer LLP
                      425 Park Avenue
                      New York, New York 10022
                      (212) 836-8000

                      *Attorneys for Plaintiff Marquis Jet Partners, Inc.*

31498425.WPD