UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MARQUIS JET PARTNERS, INC.,

            Plaintiff,

    -v-

BOMBARDIER AEROSPACE CORPORATION
(d/b/a FLEXJET) and JET SOLUTIONS, L.L.C.

            Defendants.

Case No. 1:07-CV-06082 (BSJ)

ECF CASE

---

**NOTICE OF MOTION**

In accordance with the first-to-file rule and upon Defendants' Memorandum in Support of its Motion For A Stay And, Pending Determinative Rulings In A Related Action, To Dismiss and the Declaration of Todd R. Geremia, dated July 17, 2007, Defendants Bombardier Aerospace Corporation and Jet Solutions, L.L.C., hereby move this Court for an Order to (i) stay the instant action pending a determination by the U.S. District Court for the Northern District of Texas, in a related and earlier-filed action, as to the proper venue for resolving the parties' dispute, and (ii) dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) or transfer it to the Northern District of Texas in the event that the Northern District of Texas determines that the parties' dispute should be resolved in that venue.

Dated: July 17, 2007
      New York, New York

                                                  Respectfully submitted,

                                                  JONES DAY

                                By:        ___/ s / Todd R. Geremia _____
                                                  Peter D. Vogl (PV-3385)
                                                  Todd R. Geremia (TG-4454)
                                                  Laura W. Sawyer (LS-4385)
                                                  222 East 41st Street
                                                  New York, New York 10017
                                                  Tel:  (212) 326-3939
                                                  Fax:  (212) 755-7306

                                                  Attorneys for Defendants,
                                                  Bombardier Aerospace Corporation and
                                                  Jet Solutions, L.L.C.

Of counsel:

Leonard E. Hoffman, III
JACKSON WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202

## CERTIFICATE OF SERVICE

On July 17, 2007, the foregoing DEFENDANTS' NOTICE OF MOTION FOR A STAY AND, PENDING DETERMINATIVE RULINGS IN A RELATED ACTION, TO DISMISS was served on the following counsel for plaintiff through the Court's CM/ECF system:

>Paul C. Llewellyn
>Christopher D. Baker
>Kaye Scholer LLP
>425 Park Avenue
>New York, New York  10022
>
>*Attorneys for Plaintiff,*
>*Marquis Jet Partners, Inc.*

Dated: New York, New York
       July 17, 2007

                              ___/ s / Todd R. Geremia _____
                                      Todd R. Geremia