UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARQUIS JET PARTNERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOMBARDIER AEROSPACE CORPORATION (d/b/a Flexjet) and JET SOLUTIONS, L.L.C.<br><br>Defendants. | 1:07-CV-06082-BSJ<br><br>**NOTICE OF APPEARANCE**<br><br>ECF Case |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as attorney of record for defendants Bombardier Aerospace Corporation and Jet Solutions, L.L.C., and further requests that copies of all papers in this action be served upon her at the address set forth below.

Dated: New York, New York
July 18, 2007

JONES DAY

By: / s / Laura W. Sawyer
Laura W. Sawyer (LS-4385)
222 East 41st Street
New York, New York 10017
Tel: (212) 326-3939

Counsel for Defendants Bombardier Aerospace Corporation and Jet Solutions, L.L.C.

NYI-4007204v1

## CERTIFICATE OF SERVICE

On July 18, 2007, the foregoing NOTICE OF APPEARANCE OF LAURA W. SAWYER was served on the following counsel for plaintiff through the Court's CM/ECF system:

>Paul C. Llewellyn
>Christopher D. Baker
>Kaye Scholer LLP
>425 Park Avenue
>New York, New York  10022
>
>*Attorneys for Plaintiff,*
>*Marquis Jet Partners, Inc.*

Dated:  New York, New York
        July 18, 2007

                                    ___/ s / Peter D. Vogl _____
                                            Peter D. Vogl

- 2 -