UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARQUIS JET PARTNERS, INC.,                      :

        Plaintiff,                                    :        07 Civ. 6082 (BSJ) (GWG)

  -v.-                                                          :        ORDER

                                              :
BOMBARDIER AEROSPACE CORPORATION,
AND JET SOLUTIONS, L.L.C.                        :

                                              :
       Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      It is hereby ORDERED that this matter is transferred to the suspense docket. The case may be restored to the active docket by any party provided that proper grounds are shown therefor.

      SO ORDERED.

Dated: March 20, 2008
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge