5ON6,5.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

MARQUIS JET PARTNERS, INC.,

        Plaintiff,

    v.

BOMBARDIER AEROSPACE CORPORATION
(d/b/a FLEXJET) and JET SOLUTIONS, L.L.C.,

        Defendants.

No. 1:07-CV-06082 (BSJ)

ECF CASE

---

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Marquis Jet Partners, Inc. and defendants Bombardier Aerospace Corporation (d/b/a FlexJet) and Jet Solutions, L.L.C., through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and without costs.

Dated: July 16, 2008

*/s/ Paul C. Llewellyn*

Paul C. Llewellyn
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Plaintiff, Marquis Jet Partners, Inc.*

*/s/ Todd R. Geremia*

Peter D. Vogl
Todd R. Geremia
Jones Day
222 East 41st Street
New York, New York 10017
(212) 326-3659

*Attorneys for Defendants, Bombardier Aerospace Corporation and Jet Solutions, L.L.C.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08
```

**SO ORDERED:**

*/s/ Barbara S. Jones*
        U.S.D.J.

7/21/08